# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00728-CV

**Charles Horak and Jennifer Horak, Appellants**

**v.**

**Linda V. Perry and Kent Perry, Appellees**

## FROM THE DISTRICT COURT OF COMAL COUNTY, 274TH JUDICIAL DISTRICT
### NO. C2005-0180C, HONORABLE JACK H. ROBISON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Charles Horak and Jennifer Horak have filed Appellants' Unopposed Motion to Dismiss Appeal. We grant the motion and dismiss this appeal.

G. Alan Waldrop, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed on Appellants' Motion

Filed:   January 7, 2009